# United States District Court
# Middle District of Tennessee

Ann Frantz
*Operations Manager*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

August 31, 2007

Clerk of Court
United States District Court
District of Columbia
1225 E Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CA 07-1293 RMC

In Re:  MDL 1760 In Re Aredia and Zometa Products Liability Litigation
        Conditional Transfer Order 42

Dear Clerk of Court:

Enclosed please find a certified copy of CTO 42 from the Judicial Panel on Multidistrict Litigation transferring your case to the Middle District of Tennessee.

The new case number is listed on the order.  **Please make reference to the new case number in your transmittal letter.**   MOTN # 3:07-cv-0888

At your earliest convenience, please forward the case file and docket sheet, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.  If this is not possible, please forward the original contents of the case file and certified copy of the docket sheet via mail.  If you have any questions, please let me know.

Sincerely,

Ann Frantz

Enclosures